IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REXEL USA, INC.**                                                                        **PLAINTIFF**

v.                                         **CASE NO. 4:23-CV-00704-BSM**

**JDI INTEGRATIONS, LLC,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of August, 2023.

 

                                                                   /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE